UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     FLOYD E. BLUNT

Case No.: 19-10160
Chapter: 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

John W. Sywilok, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on March 12, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in 199 Ashland Avenue, Bloomfield, NJ 07003

Market Value is $300,000.00

Liens on property: Subject to mortgage held by DiTech on which there is due $321,261.64

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok Chapter 7 Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-10160-VFP
    Floyd E Blunt                                               Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin                 Page 1 of 1           Date Rcvd: Feb 06, 2019
                             Form ID: pdf905             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db             +Floyd E Blunt,    199 Ashland Avenue,    Bloomfield, NJ 07003-2418
517952107      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517952109      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517952113      +KML Law Group, P.C.,    216 Haddon Ave. - Suite 406,    Westmont, NJ 08108-2812
517952112       KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
                 Philadelphia, PA 19106
517952114      +Theresa Blunt,    199 Ashland Avenue,    Bloomfield, NJ 07003-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 00:28:44
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517952108      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 07 2019 00:28:51      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517952110      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2019 00:18:40      Citibank, N.A.,
                 c/o Midland Credit Management, Inc.,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
517952111      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517954652      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 00:27:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              John Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald     on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Floyd E Blunt ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```